Case 1:25-cv-00544-HYJ-PJG    ECF No. 40,  PageID.414    Filed 09/26/25    Page 1 of 2

FILED - KZ
September 26, 2025 11:03 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES 9/26

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Ronald Warren Saunders, III**
*on behalf of*
C.J.W. (Saunders)

Plaintiff,

v.

County of Allegan, et al.,
Defendants.

Case No. 1:25-cv-00544-HYJ-PJG

Assigned to: Chief Judge Hala Y. Jarbou

Referred to: Magistrate Judge Phillip J. Green

## EMERGENCY NOTICE OF FILING UNDER SEAL

Plaintiff, pursuant to Fed. R. Civ. P. 5.2(d) and this Court's inherent authority, submits notice that the following materials have been filed under seal in support of Plaintiff's Supplemental Emergency Notice of Retaliatory State Proceedings:

- Supplemental Emergency Notice (sealed)

- Exhibit Index (sealed)

- Exhibits EET (1–11), AR1–AR5, VD1–VD6, and TW1–TW4 (sealed)

These materials contain sensitive information concerning ongoing state-court proceedings, irregular docket practices, and retaliatory actions directed against Plaintiff. Accordingly, they are filed under seal until further order of the Court.

September 26, 2025, at 3:30 P.M.
Kalamazoo County 9th Circuit Court,
Courtroom E (Judge Curtis J. Bell).
Zoom ID: 427 723 9571 | Passcode: 056913

Respectfully submitted,

/s/ Ronald Warren Saunders III

Plaintiff, pro se
10442 Tomkinson Drive
Scotts, MI 49088

September 26, 2025