FILED - KZ
November 3. 2025 4:12 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems    Scanned by ES 11/3

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

Plaintiff,

**Ronald Warren Saunders III,**

*on behalf of*

*C.J.W. (Saunders)*

                                        represented by **Ronald Warren Saunders, III**

                                                    10442 Tomkinson Dr.

                                                    Scotts, MI 49088

                                                       PRO SE

*v.*

                                        Civil Action No. 1:25-cv-00544-HYJ-PJG

                                    Chief U.S. District Judge Honorable Hala Y. Jarbou

                                    U.S. Magistrate Judge Hon. Phillip J. Green

COUNTY OF ALLEGAN, et al.

Defendants.

## PLAINTIFF'S NOTICE OF INTENT TO FILE OBJECTIONS

## TO REPORT AND RECOMMENDATION

1. Plaintiff, Ronald Warren Saunders III, proceeding pro se and without CM/ECF electronic service, respectfully submits this Notice regarding the Report and Recommendation filed October 21, 2025 (ECF No. 54, PageID.817–829):

2. The Report and Recommendation was served by mail on or about October 24, 2025. Under Fed. R. Civ. P. 72(b)(2), Fed. R. Civ. P. 6(a), and Fed. R. Civ. P. 6(d), Plaintiff's deadline to file objections is **November 7, 2025**.

3. Plaintiff will file timely objections seeking **de novo review** pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), challenging **all adverse portions** of the Report And Recommendation.

4. The objections will address, including but not limited to, that the Report And Recommendation:

   a. Evaluated a **non-operative** incomplete draft complaint (ECF No. 25-2, PageID.181–205), despite the Court's order identifying a later-filed verified complaint as operative (ECF No. 46, PageID.470–471),

   b. Incorrectly applied **Rooker-Feldman,** which does not bar federal damages claims for independent constitutional violations, see *Coles v. Granville*, 448 F.3d 853 (6th Cir. 2006),

   c. Ignored specific factual allegations and exhibits demonstrating plausibility under *Twombly/Iqbal*.

5. Plaintiff is finalizing the following filings for submission within the current objection period:

   a. Verified Objections to the Report and Recommendation;

   b. Verified Third Amended Complaint;

   c. Motion to Accept Verified Complaint as Operative;

   d. Motion to Seal Sensitive Exhibits;

6.  Filing this Notice preserves Plaintiff's objections as timely while final filings are completed in good faith.

Respectfully submitted,

/s/ Ronald Warren Saunders III

10442 Tomkinson Dr.

Scotts, MI 49088

(269) 394-0951

Date: November 3, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I filed the foregoing with the Clerk of Court for the
United States District Court, Western District of Michigan. Service under Fed. R. Civ. P. 4(c)(3)
has not yet been completed by the United States Marshal, no parties have been served at this
time.


Respectfully submitted,

/s/ Ronald Warren Saunders III

10442 Tomkinson Dr.

Scotts, MI 49088

(269) 394-0951

Date: November 3, 2025