FILED - KZ
November 10, 2025 3:10 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES 11/12

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Plaintiff,

**Ronald Warren Saunders III**,

*on behalf of*

*C.J.W. (Saunders)*

represented by <u>Ronald Warren Saunders, III</u>

10442 Tomkinson Dr.

Scotts, MI 49088

PRO SE

v.

Civil Action No. 1:25-cv-00544-HYJ-PJG

Chief U.S. District Judge Honorable Hala Y. Jarbou

U.S. Magistrate Judge Hon. Phillip J. Green

COUNTY OF ALLEGAN, et al.,

Defendants.

**MASTER COVER SHEET AND NOTICE OF LODGING**

1. Plaintiff respectfully submits the following filings for lodging and docketing with the Court:
   a. Objection to Report and Recommendation (ECF 54)
   b. Verified Third Amended Complaint (Counts I–VII, with verification page)
   c. Motion to Seal Exhibits and Sensitive Records
   d. Provisional Exhibit Index (Public and Sealed)
   e. Notice of Lodging and Filing Schedule (14-Day Correlation Update)
   f. Supplemental Exhibit TIM001 – Master Chronological Timeline

**Statement Regarding Exhibit Correlation**

2. All exhibits are labeled by series (CJ-, AO-, SM-, RC-, SEAL-, TIM-) and incorporated by reference pursuant to Fed. R. Civ. P. 10(c).

3. The paragraph-to-exhibit correlation table will be finalized and filed within fourteen (14) days prior to U.S. Marshal service of the Verified Third Amended Complaint, in compliance with LCivR 10.6 and Fed. R. Civ. P. 4(c)(3).

**Certificate of Presentation**

4. Plaintiff arrived at the Clerk's Office on Friday, November 7, 2025, at approximately 4:20 P.M., but the office was closed for an emergency.

5. Plaintiff now submits these materials at the earliest available opportunity for filing and docketing.

Respectfully submitted,

/s/ Ronald W. Saunders III

Plaintiff, Pro Se

10442 Tomkinson Dr.

Scotts, MI 49088

(269) -394-0951

Date: