FILED - KZ
November 10. 2025 3:10 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES 11/12

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

Plaintiff,

**Ronald Warren Saunders III**,

*on behalf of*

*C.J.W. (Saunders)*

represented by **Ronald Warren Saunders, III**

10442 Tomkinson Dr.

Scotts, MI 49088

PRO SE

Case No. 1:25-cv-00544-HYJ-PJG

Chief U.S. District Judge Honorable Hala Y. Jarbou

U.S. Magistrate Judge Hon. Phillip J. Green

*v.*

COUNTY OF ALLEGAN, et al.,

Defendants.

**PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION (ECF No. 54, PageID.817–829) AND MOTION TO RECOGNIZE LODGED VERIFIED THIRD AMENDED COMPLAINT AS OPERATIVE PLEADING**

1. On October 20, 2025, the Court granted Plaintiff leave to amend. (ECF 46, PageID.470–471).

2. Plaintiff timely lodged the Verified Third Amended Complaint and Objection materials on the docket, and this filing is not late; the delay is only in final formatting and exhibit cross-reference completion, not in asserting the objection itself.

3. In compliance with that Order, Plaintiff lodged the Verified Third Amended Complaint and sealed Exhibit Index pursuant to Fed. R. Civ. P. 5.2(d) and LCivR 10.6. No defendant has been served.

4. The Report and Recommendation (ECF No. 54, PageID.817–829) evaluated ECF No. 25-2, (PageID.181-205) — a placeholder draft — rather than the Verified Third Amended Complaint authorized by the Court. A Report and Recommendation addressing a superseded pleading is a nullity and cannot form the basis of dismissal.

5. Under controlling law, the Verified Third Amended Complaint supersedes all prior pleadings:

   a. *Parry v. Mohawk Motors of Mich.*, 236 F.3d 299, 306 (6th Cir. 2000); and

   b. *Katz v. Gerardi*, 655 F.3d 1212, 1217 (10th Cir. 2011) ("A dismissal of a superseded complaint is a nullity.")

6. Because a non-operative placeholder was reviewed in error, the findings regarding jurisdiction, immunity, plausibility, and merits cannot stand.

Relief Requested

7. Plaintiff respectfully asks this Court to:

a. Set aside or decline to adopt the Report and Recommendation (ECF No. 54, PageID.817–829) because it adjudicates a superseded pleading;

b. Confirm that Plaintiff retains leave under ECF No. 46 (PageID.470–471) to file the Verified Third Amended Complaint;

c. Upon filing, direct service by the U.S. Marshals Service under Fed. R. Civ. P. 4(c)(3); and

d. Provide that Plaintiff reserves the right to file supplemental objections addressing any renewed recommendation made on the correct operative complaint.

Respectfully submitted,

/s/ Ronald Warren Saunders III

10442 Tomkinson Dr.

Scotts, MI 49088

Plaintiff Pro Se

Date: November 7, 2025

## CERTIFICATE OF SERVICE

I certify that this filing complies with the Fed Rules of Civil Procedure and the Local Civil Rules

of the United States District Court for the Western District of Michigan. A true and correct copy

of this document, with verified attachments, was personally delivered to the Clerk of Court for

the Western District of Michigan Southern Division, pursuant to Fed. R. Civ. P. 5(a)(2), for

filing on November 7, 2025. I will also promptly request a copy be served on each Defendant

once service of process is authorized under Fed. R. Civ. P. 4(c)(3).


Respectfully submitted,

/s/ Ronald Warren Saunders III
10442 Tomkinson Dr.
Scotts, MI 49088
Plaintiff Pro Se
Date: November 7, 2025