Case 1:25-cv-00544-HYJ-PJG   ECF No. 61,  PageID.1250   Filed 11/10/25   Page 1 of 3

FILED - KZ
November 10, 2025 3:10 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 11/12

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Plaintiff,

**Ronald Warren Saunders III**,

*on behalf of*

C.J.W. (Saunders)

represented by Ronald Warren Saunders, III

10442 Tomkinson Dr.

Scotts, MI 49088

PRO SE

v.

Civil Action No. 1:25-cv-00544-HYJ-PJG

Chief U.S. District Judge Honorable Hala Y. Jarbou

U.S. Magistrate Judge Hon. Phillip J. Green

COUNTY OF ALLEGAN, et al.,

Defendants.

NOTICE OF CLERK'S OFFICE INACCESSIBILITY

AND TIMELY ATTEMPTED FILING UNDER FRCP 6(a)(3)(A)

Plaintiff Ronald Warren Saunders III provides notice as follows:

1. The deadline to file objections to the Report and Recommendation entered on October 21, 2025 ECF No. 54 (PageID.817-829) fell on November 7, 2025.

2. On November 7, 2025, Plaintiff traveled to the United States District Court, Western District of Michigan, Kalamazoo courthouse, with the prepared filings in hand, for the purpose of filing his objections on that date.

3. Plaintiff entered the courthouse, passed through security screening, and proceeded directly to the Clerk's Office.

4. Upon arrival, the Clerk's Office was closed and inaccessible. Plaintiff was unable to make the filing through no fault of his own.

5. Security personnel on duty confirmed that the Clerk's Office was not open to accept filings at that time. Plaintiff documented his presence and attempted filing in the courthouse visitor log.

6. Federal Rule of Civil Procedure 6(a)(3)(A) provides that when the clerk's office is inaccessible on the last day for filing, "the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday."

7. Because the Clerk's Office was inaccessible on November 7, 2025, the filing deadline extended to the next day the Office was open: Monday, November 10, 2025.

8. Plaintiff is filing his Objections on November 10, 2025, and they are therefore timely under FRCP 6(a)(3)(A).

Respectfully submitted,

_____

Ronald Warren Saunders III

Pro Se Plaintiff

10442 Tomkinson Drive

Scotts, MI 49088

(269) 394-0951

RonSaundersIII@gmail.com

Date: November 7, 2025

## VERIFIED THIRD AMENDED COMPLAINT

(As of Right Pursuant to ECF No. 46 PageID.470-471 – Leave Previously Granted)

1. This Verified Third Amended Complaint is filed pursuant to the Court's Order Granting Leave ECF No. 46 (PageID.470-471).

2. The unsealed draft complaint at ECF No. 53 (PageID.793-816) was not signed by Plaintiff and was not the operative pleading.

3. This filing supersedes ECF No. 53 (PageID.793-816) in its entirety.

4. Exhibit A – Verified Third Amended Complaint

Respectfully Submitted,

*/s/ Ronald W. Saunders III*
Ronald W. Saunders III
Pro Se Plaintiff
10442 Tomkinson Drive
Scotts, MI 49088
(269) 394-0951
RonSaundersIII@gmail.com
November 10, 2025