UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Plaintiff,

**Ronald Warren Saunders III**,
*on behalf of*
C.J.W. (Saunders)

represented by **Ronald Warren Saunders, III**
10442 Tomkinson Dr.
Scotts, MI 49088
PRO SE

*v.*

Civil Action No. 1:25-cv-00544-HYJ-PJG
Chief U.S. District Judge Honorable Hala Y. Jarbou
U.S. Magistrate Judge Hon. Phillip J. Green

COUNTY OF ALLEGAN, et al.,
Defendants.

**PLAINTIFF'S MOTION TO SEAL EXHIBITS SUBMITTED WITH THIRD AMENDED COMPLAINT**

1. NOW COMES Plaintiff Ronald W. Saunders III, proceeding pro se, and respectfully moves this Court for an Order permitting the filing under seal of certain exhibits accompanying his Verified Third Amended Complaint (VTAC). In support, Plaintiff states as follows:

2. This action concerns juvenile court, medical, and child welfare records involving Plaintiff's minor child, C.J.W. Disclosure of these materials would publicly reveal information protected under Fed. R. Civ. P. 5.2(a), HIPAA, 42 U.S.C. § 671(a)(8), and Michigan Court Rule 8.119(I).

3. Plaintiff has prepared a Sealed Exhibit Index identifying which exhibits must remain sealed and which may be filed publicly. A copy of that index is attached as Exhibit A.

4. Pursuant to Fed. R. Civ. P. 5.2(d) and W.D. Mich. LCivR 10.6(b), the Court may order filings to be made under seal where necessary to protect minors, medical data, and confidential state court materials. Each of the sealed exhibits falls squarely within those categories.

5. Plaintiff notes that certain paragraph exhibit correlations will be finalized within fourteen (14) days. Minor adjustments to the sealed/unsealed categorization may be required as a result of final indexing. Plaintiff will promptly file a short notice identifying any such corrections.

6. No alternative less restrictive than sealing is sufficient. Redaction cannot protect the context of juvenile orders, medical charts, GAL communications, CPS administrative documents, or similar sensitive material, all of which inherently reveal protected information.

7. WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

    a. granting leave to file the identified exhibits under seal;

b. accepting the Sealed Exhibit Index (Exhibit A) as the governing list of sealed materials for purposes of the VTAC;

c. permitting Plaintiff to file a short supplemental notice within fourteen (14) days finalizing exhibitparagraph correlation and any minor corrections to the sealed/unsealed list; and

d. granting any further relief the Court deems just and proper.

Respectfully submitted,

Ronald W. Saunders III

Pro Se Plaintiff

10442 Tomkinson Drive

Scotts, MI 49088

(269) 394-0951

RonSaundersIII@gmail.com

November 12, 2025