# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - KZ
November 12. 2025 3:50 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 11/13

Ronald W Saunders III
on Behalf of CJW

Plaintiff(s),

v

County of Allegan et al.

Defendant(s).

Case No. 1:25-cv-544
Honorable

Addition Unsealed Exibits for the Third Amended Complaint

Note these exibits are indexed on the Unsealed index they were in the sealed packet.

Thank you,

R S

11-12-2025