# EXHIBIT INDEX

**[Exhibit AO096]:**

https://www.michigan.gov/mdhhs/inside-mdhhs/newsroom/2025/08/21/mdhhs-director-elizabeth-hertel-visits-allegan-county-office-to-discuss-csa-teaming-model

Public and State of Michigan official website documentation showing:

- Michigan Department of Health and Human Services Director Elizabeth Hertel's visit to Allegan County MDHHS office to observe and promote "first-of-its-kind" Children's Services Agency (CSA) teaming model.

- Corroborating context for allegations of systemic child welfare administration concerns in Allegan County.

**[Exhibit AO097]**

https://www.youtube.com/live/G3ERhS6_uCM?si=v7lhy3bdqT_sy9B2

May 1, 2025, livestreamed YouTube video showing:

- Allegan County 57th Circuit Court Chief Judge William Baillargeon's resignation with stated concerns regarding rule of law and systemic issues.

- Corroborating context for allegations of institutional dysfunction.

**[Exhibit AO098]**

Rosati, Schultz, Joppich & Amtsbuechler Billing Records (November 2025) showing:

- $5,743.50 for monitoring Plaintiff's federal case "prior to our representation" and "prior to being properly served."

- May 27, 2025, entry: "Correspondence to MMRMA Claims regarding federal lawsuit."

- June 9, 2025, entry: "Correspondence to and from court regarding status of Orders of Disqualification" (one day before judicial transfer on June 10, 2025).

**[Exhibit AO099]:**

Plaintiff's New Constitutional Challenge – Whether the Due Process Clause is violated when adjudication occurs within a governmental structure in which:
- Defense counsel represents "the court's underlying funding unit which employs the Judges."
- The judicial employer and defendant county participate in unified public-entity risk pool (MMRMA) pooling civil rights liability exposure.
- Dismissal or limitation of liability benefits the judicial employer through preserved pooled reserves.
- Defendant county makes recurring annual payments to judicial employer under interlocal agreements.
- Structural recusal is impossible because every state court judge is employed by a county participating in same risk pool.