**EXHIBIT AO096**

 **Health & Human Services**

Assistance Programs ∨   Adult & Children's Services ∨   Safety & Injury Prevention ∨   Keeping Michigan Healthy ∨   Doing Business with MDHHS ∨   Inside MDHHS ∨

## MDHHS Director Elizabeth Hertel visits Allegan County office to discuss innovative CSA teaming model

August 21, 2025

*MDHHS is rebuilding Michigan's child welfare system including how services work together to support and strengthen families*

**Media Contact:**
Erin Stover
517-241-2112

ALLEGAN, Mich. - Today, the Michigan Department of Health and Human Services (MDHHS) Director Elizabeth Hertel met with staff at the MDHHS Allegan County Office to participate firsthand in the first of its kind Children Services Administration (CSA) teaming model designed to improve outcomes for Michigan families and improve the experience of MDHHS employees.

Announced this past spring, the CSA teaming model gives employees clear and distinct roles and encourages collaboration to provide support for families from the moment they enter the child welfare system. The core team includes investigators, case managers, supervisors, family resource specialists, and family team support staff who work alongside other specialized CSA roles to seamlessly address a family's specific needs as a team, whether its economic, educational or administrative. This replaces the previous model in which a single caseworker handled all aspects of serving a family, eliminating delays.

"Innovation in the child welfare system isn't just about new tools or technology, it requires reimagining how we keep kids safe and empower Michigan families," said Elizabeth Hertel, MDHHS director. "The teaming model is intended to help break down unintentional silos, reduce employee turnover, build trust with families and increase stability for kids."

The first cohort of MDHHS county offices to implement the new model began in May 2025 and included Allegan and Barry, Macomb, Sanilac and St. Clair, Saginaw, Grand Traverse, Kalkaska and Leelanau counties with a statewide rollout planned for mid-2026.

It is anticipated that the teaming model will:

- Increase shared decision making and improve opportunities for apprenticeship-based learning.
- Help improve the permanency rate for families, decreasing handoffs within the child welfare system and increasing stability for children.
- Build a common set of community support resources and navigators to strengthen the foundation for long-term support.

Prior to announcing the launch of the teaming model, MDHHS visited and spoke with individuals across Michigan to better understand challenges associated with the current welfare system. The department hosted focus groups with CSA staff and managers, conducted site visits and individual interviews with CSA employees, as well as collected insights from individuals with lived experience in the welfare system. MDHHS will integrate feedback from employees and families throughout the implementation process to allow for continuous improvement of the model.

"As part of the first cohort in Allegan County, I'm thrilled to see our teams working together more closely than before and coming together to address the complex needs of children and families," said Noelle Bair, director of MDHHS Allegan-Barry County offices. "Our staff was so excited by the outcomes thus far that we were quick to volunteer to have both of our offices reach full teaming earlier than originally planned and I'm proud to say that as of August 18, the Allegan-Barry county offices are completely teamed."

**Keep Kids Safe Action Agenda**

The teaming model aligns with the department's Keep Kids Safe Action Agenda, which focuses on prevention, intervention, stability, wellness and workforce.

The Keep Kids Safe Action Agenda includes more than 20 protocols and policies to improve the safety and well-being of Michigan children. Developed over the course of more than four years, the agenda relies on best practices in child welfare and commits the department to the nation's highest standards.

### # #

Department of Health & Human Services    MI Newswire    Department of Health & Human Services

08 - August