**EXHIBIT AO097**

https://www.youtube.com/live/G3ERhS6_uCM?si=v7lhy3bdqT_sy9B2



Transcript Excerpt — Start: 11:02 | End: 14:00

Finally, I'd just like to conclude with a couple of personal remarks. This is more difficult than I thought it was going to be. Suddenly, very suddenly, our Constitution is under attack and our civil rights laws are being used to dismantle civil liberties. Some seek to intimidate and coerce the judiciary in hopes of bending decisions and opinions to their will. The rule of law is cited to justify ignoring due process protections.

12:00
The late Justice Antonin Scalia said that every tinpot dictator has a bill of rights. What separates us is due process. Who is impacted by this violation of due process that we are seeing? Of course, it's the unseen. It's the poor. It's the marginalized. It's the vulnerable. But as ignoring due process becomes normalized, who then will be next? Perhaps attorneys. Some have already been targeted. Journalists. Some have already been targeted. Perhaps judges. Some too have already been targeted. What about the Constitution itself? If such foundational aspects of our constitutional rights are violated as a whim, then as Justice Scalia stated, what separates us today?

13:00
I remark on the state of the Constitution and judiciary only. I would reflect that the rule of law applies to all, and I would argue that it applies to judges especially. The judicial canon of ethics provides that judges refrain from partisan activity, and I intend to adhere to this ethical demand for as long as I am a judge. But my conscience cries out, and I cannot and will not remain silent for the entirety of my elected term. Therefore, I have informed the governor that I intend to resign my office as chief judge of the 57th District Court, effective August 1st, 2025, in order to allow her team an opportunity to seek out and appoint the best qualified individual to replace me.