EXHIBIT NO. 3

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Client: 115.SaundersIII-1State | | | | |
| 717156<br>5/20/2025<br>Billed | TIME<br>ALP<br>RR<br>115.SaundersIII-1State | 0.60 | 220.00 | 132.00 |
| Receipt/Review of Complaint and attachments | | | | |
| 715896<br>5/22/2025<br>Billed | TIME<br>AJB<br>RR<br>115.SaundersIII-1State | 0.30 | 220.00 | 66.00 |
| Receipt/Review of file from MMRMA Claims | | | | |
| 717141<br>5/28/2025<br>Billed | TIME<br>ALP<br>RRRC<br>115.SaundersIII-1State | 5.30 | 220.00 | 1166.00 |
| Receipt/Review federal lawsuit and supplemental filing in Allegan County Circuit Court lawsuit; Begin preparation of Motion for Summary Disposition in Lieu of Answer; Correspondence to court administrator regarding Order of Disqualification | | | | |
| 717145<br>5/29/2025<br>Billed | TIME<br>ALP<br>RRC<br>115.SaundersIII-1State | 0.60 | 220.00 | 132.00 |
| Receipt/Review correspondence from client regarding Register of Actions, court recording policy and transcripts | | | | |
| 717149<br>5/30/2025<br>Billed | TIME<br>ALP<br>RRRC<br>115.SaundersIII-1State | 0.40 | 220.00 | 88.00 |
| Receipt/Review and respond to correspondence from client regarding DVD and written transcript orders | | | | |
| 717323<br>5/30/2025<br>Billed | TIME<br>AJB<br>RR<br>115.SaundersIII-1State | 0.30 | 220.00 | 66.00 |
| Receipt/Review of revised file from MMRMA Claims | | | | |

Page 1 of 22

10/27/2025                    ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.              Page        2
11:26 AM                                          Slip Listing

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | | | |
| 717570 | TIME | ALP | 0.20 | 220.00 | 44.00 |
| 6/2/2025 | | LRES | | | |
| Billed | | 115.SaundersIII-1State | | | |

Legal research regarding child protective proceedings in preparation
of Litigation Action Plan

| 717595 | TIME | ALP | 0.20 | 220.00 | 44.00 |
|---|---|---|---|---|---|
| 6/9/2025 | | C | | | |
| Billed | | 115.SaundersIII-1State | | | |

Correspondence to and from court regarding status of Orders of
Disqualification

| 717587 | TIME | ALP | 1.80 | 220.00 | 396.00 |
|---|---|---|---|---|---|
| 6/12/2025 | | CP | | | |
| Billed | | 115.SaundersIII-1State | | | |

Continued preparation of Motion for Summary Disposition in Lieu of
Answer; Continued Review of plaintiff's Complaint and
"supplemental filing"

| 718766 | TIME | ALP | 0.20 | 220.00 | 44.00 |
|---|---|---|---|---|---|
| 6/12/2025 | | COC | | | |
| Billed | | 115.SaundersIII-1State | | | |

Correspondence to opposing counsel regarding concurrence to Motion
for Summary Disposition

| 717646 | TIME | ALP | 3.60 | 220.00 | 792.00 |
|---|---|---|---|---|---|
| 6/17/2025 | | CP | | | |
| Billed | | 115.SaundersIII-1State | | | |

Continued preparation of Motion for Summary Disposition in Lieu of
Answer; Preparation of Statement of Facts

| 717707 | TIME | ALP | 0.10 | 220.00 | 22.00 |
|---|---|---|---|---|---|
| 6/17/2025 | | C | | | |
| Billed | | 115.SaundersIII-1State | | | |

Correspondence with circuit court administrator regarding Order of
Disqualification

Page 2 of 22

10/27/2025            ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.      Page    3

11:26 AM                           Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 720104<br>7/10/2025<br>Billed | TIME | ALP<br>CP<br>115.SaundersIII-1State | 2.30 | 220.00 | 506.00 |
| Continued preparation of Motion for Summary Disposition in Lieu of Answer including continued review of Complaint, Supplemental Filing and Register of Actions; Receipt/Review Order of Reassignment | | | | | |
| 722664<br>7/10/2025<br>Billed | TIME | AJB<br>REV<br>115.SaundersIII-1State | 0.20 | 220.00 | 44.00 |
| Review of court filings for preparation of correspondence to client | | | | | |
| 724190<br>8/19/2025<br>Billed | TIME | ALP<br>PSR<br>115.SaundersIII-1State | 0.80 | 220.00 | 176.00 |
| Preparation of Status Report regarding CAO reassignment and Motion for Summary Disposition hearing | | | | | |
| 724249<br>8/24/2025<br>Billed | TIME | ALP<br>P4<br>115.SaundersIII-1State | 1.70 | 220.00 | 374.00 |
| Preparation for hearing on Motion for Summary Disposition, including preparation of proposed Order Granting Motion for Summary Disposition | | | | | |
| 724255<br>8/25/2025<br>Billed | TIME | ALP<br>CP<br>115.SaundersIII-1State | 4.80 | 220.00 | 1056.00 |
| Continued preparation for and attend hearing on Motion for Summary Disposition | | | | | |
| 724258<br>8/25/2025<br>Billed | TIME | ALP<br>P<br>115.SaundersIII-1State | 1.20 | 220.00 | 264.00 |
| Preparation of Supplemental Brief in Support of Motion for Summary | | | | | |

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
Slip Listing

| Slip ID Dates and Time Status Description | Attorney Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Disposition and proposed Order Regarding Plaintiff's Objection to Service | | | | |
| 728783     TIME 10/3/2025 WIP | ALP RR 115.SaundersIII-1State | 0.80 | 220.00 | 176.00 |
| Receipt/Review of Opinion and Order | | | | |
| 728830     TIME 10/17/2025 WIP | ALP CREV 115.SaundersIII-1State | 0.90 | 220.00 | 198.00 |
| Continued review of Opinion and Order; Preparation of Status Report | | | | |
| 720672     EXP 7/10/2025 Billed | ALP $Copying 115.SaundersIII-1State | 10 | 0.20 | 2.00 |
| Photocopies - Attorney Appearances | | | | |
| 720675     EXP 7/10/2025 Billed | AJB $Copying 115.SaundersIII-1State | 51 | 0.20 | 10.20 |
| Photocopies - Motion to Dismiss in Lieu of Answer | | | | |
| 720693     EXP 7/10/2025 Billed | ALP $Motion Fee 115.SaundersIII-1State | 1 | 20.00 | 20.00 |
| Motion Fee - Motion for Summary Disposition in Lieu of Answer | | | | |

Total: 115.SaundersIII-1State

|  | Units | Slip Value |
|---|---|---|
| Billable | 26.30 | 5818.20 |
| Unbillable | 0.00 | 0.00 |
| Total | 26.30 | 5818.20 |

10/27/2025                    ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.                    Page        5
11:26 AM                                          Slip Listing

| Slip ID | | Attorney | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Client: 115.SaundersIII-2Federal | | | | | |
| 717139 | TIME | ALP | 3.20 | 220.00 | 704.00 |
| 5/27/2025 | | RR | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Receipt/Review of Second Redacted Amended Complaint;
Correspondence to MMRMA Claims regarding federal lawsuit; Begin
preparation of Motion to Dismiss

| 717588 | TIME | ALP | 0.10 | 220.00 | 22.00 |
|---|---|---|---|---|---|
| 6/6/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of docket

| 717596 | TIME | ALP | 2.40 | 220.00 | 528.00 |
|---|---|---|---|---|---|
| 6/12/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of federal docket; Review and download multiple pleadings

| 718804 | TIME | ALP | 0.20 | 220.00 | 44.00 |
|---|---|---|---|---|---|
| 6/23/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of updated docket sheet

| 720108 | TIME | ALP | 1.60 | 220.00 | 352.00 |
|---|---|---|---|---|---|
| 7/10/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of e-filings prior to appearance

| 722152 | TIME | ALP | 3.10 | 220.00 | 682.00 |
|---|---|---|---|---|---|
| 7/28/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of docket and voluminous pleadings and exhibits filed by
plaintiff

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
Slip Listing

| Slip ID | | Attorney | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 723051 | TIME | ALP | 0.30 | 220.00 | 66.00 |
| 8/13/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of updated docket sheet; Receipt/Review of Plaintiff's
Emergency Motion to Seal Document and proposed Order

| | | | | | |
|---|---|---|---|---|---|
| 724194 | TIME | ALP | 1.60 | 220.00 | 352.00 |
| 8/19/2025 | | PSR | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Preparation of Status Report regarding multiple filings and orders,
including review and analysis of Plaintiff's supplemental pleadings

| | | | | | |
|---|---|---|---|---|---|
| 724253 | TIME | ALP | 0.80 | 220.00 | 176.00 |
| 8/24/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of and download updated docket, including several pleadings
filed by Plaintiff

| | | | | | |
|---|---|---|---|---|---|
| 725506 | TIME | ALP | 0.60 | 220.00 | 132.00 |
| 9/3/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of docket sheet including review of filings

| | | | | | |
|---|---|---|---|---|---|
| 726968 | TIME | ALP | 0.10 | 220.00 | 22.00 |
| 9/23/2025 | | REV | | | |
| Billed | | 115.SaundersIII-2Federa | | | |

Review of docket for updated filings

| | | | | | |
|---|---|---|---|---|---|
| 728778 | TIME | ALP | 0.70 | 220.00 | 154.00 |
| 10/1/2025 | | REV | | | |
| WIP | | 115.SaundersIII-2Federa | | | |

Review of docket sheet including Plaintiff's Notice regarding
proposed Seal Notice

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 728786<br>10/3/2025<br>WIP | TIME | ALP<br>REV<br>115.SaundersIII-2Federa | 0.70 | 220.00 | 154.00 |

Review of federal docket and newly filed pleadings including notice regarding non-party V.D. demands and retaliatory filings by plaintiff

| 719886<br>7/7/2025<br>Billed | EXP | AJB<br>$Pacer<br>115.SaundersIII-2Federa | 1 | 11.10 | 11.10 |

Pacer - Review/Retrieval of Court documents and pleadings regarding Plaintiff prior to our representation on 6/12/25

| 728423<br>10/7/2025<br>WIP | EXP | ALP<br>$Pacer<br>115.SaundersIII-2Federa | 1 | 12.40 | 12.40 |

Pacer - Review/Retrieval of Court documents/docket prior to being properly served on 7/10, 7/28, 8/13 and 8/24

| Total: 115.SaundersIII-2Federal | | | | | |
|---|---|---|---|---|---|
| | | Billable | 15.40 | | 3411.50 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 15.40 | | 3411.50 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 41.70 | | 9229.70 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 41.70 | | 9229.70 |



**ALEXANDRA L. PAGE**
apage@rsjalaw.com

822 Centennial Way, Suite 270
Lansing, Michigan 48917
P 517.886.3800 | F 517.886.9154
rsjalaw.com

**ROSATI | SCHULTZ**
**JOPPICH | AMTSBUECHLER**

November 13, 2025

Clerk of the Court
Allegan County Circuit Court
113 Chestnut St
Allegan, MI 49010

      RE:   Saunders v Allegan County
              Case No. 25-70487-CZ

Dear Clerk:

Enclosed for filing with this Court, please find Allegan County Defendants' Petition and Bill of Costs for Attorney Fees, along with the $20.00 motion fee in the above matter.

Also enclosed is a Notice of Intent Pursuant to MCR 2.602(B) with attached Order Granting Petition for Attorney Fees and Costs, along with two copies of the proposed Order. Once the appropriate time has passed, kindly asked Judge Miedema to sign same and return two true copies in the envelope provided.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

Alexandra L. Page

ALP/mav
Enclosures
cc:    Honorable Karen J. Miedema (c/o Mary Armbruster at Ottawa County Circuit Court)
       Ronald Warren Saunders, III

EXHIBIT A-00-28

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

RONALD W. SAUNDERS, III

        Plaintiff,

V

VIVIAN WILLIAMS (AKA VIVIAN BOURLAND-WILLIAMS),
MATTHEW SALAS, JENNIFER WEDGE, ALLEGAN COUNTY
DHHS, ALLEGAN COUNTY PROSECUTOR'S OFFICE,
ALLEGAN COUNTY,

        Defendants.

Case No. 25-70487-CZ

Honorable Matthew Antikoviak
Reassigned to Honorable Karen J. Miedema
(20th Circuit Court)

| | |
|---|---|
| Ronald W. Saunders, III<br>Plaintiff In Pro Per<br>10442 Tomkinson Drive<br>Scotts, MI 49088 | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Alexandra L. Page (P84663)<br>*Attorneys for Defendants Allegan Co. Prosecutor's*<br>*Office & Allegan Co.*<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>apage@rsjalaw.com |

## AFFIDAVIT OF ALEXANDRA L. PAGE

Under penalty of perjury and pursuant to MCR 2.119(B), Alexandra L. Page declares:

1.    I am a member of the State Bar of Michigan and serve as counsel for Allegan County Defendants in this matter. I make this Affidavit based on my personal knowledge in support of the attached bill of costs.

2.    I have been licensed to practice in the State of Michigan since 2020, and am an associate attorney with Rosati, Schultz, Joppich & Amtsbuechler, P.C., in the firm's Lansing office. My practice has been focused on the defense of municipal entities, officers, and officials in both State and Federal Courts in Michigan. I received a 2025 Rising Star designation by Thomson

Reuters. I also serve as a Co-Chair for the Young Lawyers Division for the West Michigan Federal Bar Association and as a member of the State Bar of Michigan's Special Committee on Professionalism & Civility.

3.      Pursuant to agreement with our clients, and more particularly, Allegan County, the funding unit for the 48th Circuit Court, my billing rate working on this file is $220/hour.

4.      Based on the rates established by the most recent State Bar of Michigan Economics of Law Survey, my billing rate of $220/hour is lower than the median and mean for almost all of the potential categories that could apply to this action. The only rate listed rate lower than my $220/hour for this matter is the $200-217/hour charged by the median and mean of general municipal law attorneys.

5.      Based on the above, undersigned asserts that the billing rate of $220/hour charged for the defense of this matter is eminently reasonable, if not below a reasonable market rate for similar services in this locality.

6.      Attorney fees awarded for having to respond to a frivolous action must be reasonable pursuant to the factors set forth in *Smith v Khouri*, 481 Mich 519, 531; 751 NW2d 472 (2008), and as refined in *Pirgu v United Servs Auto Ass'n*, 499 Mich 269, 282, 884 NW2d 257 (2016).

7.      The defense of this frivolous action includes 26.3 hours to date, including time expended in October (1.7 hours) has been entered into undersigned's system but not finalized for submission.

8.      7.5 hours were spent on the defense of this matter in May 2025, following receipt and acceptance of the file. 6.1 hours were spent on the defense of this matter in June 2025, another

2

2.5 hours in July 2025, and 8.5 hours in August 2025. No hours were billed for September 2025. We bill our clients on a monthly basis.

9.      The attached billing summary represents a true and accurate summary of the time actually spent defending this matter in May – September 2025.

10.     Undersigned is only billing 3 hours for preparation of this petition and affidavit, and anticipates 0.5 hours for preparation for and attendance at any hearing, assuming the same will be conducted remotely.

11.     The total of 24.6 hours from inception through completion of the defense of this frivolous action is eminently reasonable.

12.     Undersigned counsel's firm has also maintained a professional relationship with Allegan County Court's underlying funding unit for more than a decade, having served variously as defense and special counsel for it, its elected officials, departments, employees, and officers.

Exhibit A60

FURTHER AFFIANT SAYS NOT.

Dated: November 7, 2025

_____
Alexandra L. Page

Subscribed and sworn to before
Me by Alexandra L. Page on this
7th day of November, 2025

_____
Tiffany Couveau, Notary Public
My Commission Expires: 4-7-2027

TIFFANY COUVEAU
NOTARY PUBLIC, STATE OF MI
COUNTY OF OTTAWA
MY COMMISSION EXPIRES Apr 7, 2027
ACTING IN COUNTY OF Eaton

4

Page 12 of 22

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

RONALD W. SAUNDERS, III

        Plaintiff,

V

VIVIAN WILLIAMS (AKA VIVIAN BOURLAND-WILLIAMS),
MATTHEW SALAS, JENNIFER WEDGE, ALLEGAN COUNTY
DHHS, **ALLEGAN COUNTY PROSECUTOR'S OFFICE,
ALLEGAN COUNTY,**

        Defendants.

Case No. 25-70487-CZ

Honorable Matthew Antikoviak
Reassigned to Honorable Karen J. Miedema
(20th Circuit Court)

/

| | |
|---|---|
| Ronald W. Saunders, III<br>Plaintiff In Pro Per<br>10442 Tomkinson Drive<br>Scotts, MI 49088 | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Alexandra L. Page (P84663)<br>*Attorneys for Defendants Allegan Co. Prosecutor's<br>Office & Allegan Co.*<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>apage@rsjalaw.com |

/

## ORDER GRANTING PETITION FOR ATTORNEY FEES AND COSTS

At a session of said Court, in the State of
of Michigan, City of Grand Haven held on
November _____, 2025

PRESENT:   HON. KAREN J. MIEDEMA

Upon consideration of the County Defendants' Petition for Attorney Fees and Costs, and

the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that, in accordance with the factors set forth in *Smith v*

*Khouri*, 481 Mich 519 (2008), and as modified by *Pirgu v United Servs Auto Ass'n*, 499 Mich

269 (2016), Allegan County Defendants' Petition for Attorney Fees and Costs is **GRANTED**, as

Plaintiff's action was frivolous, for the reasons stated on the record and/or in the Court's Opinion and Order dated September 30, 2025.

**IT IS FURTHER ORDERED** that Plaintiff shall pay to the County Defendants the total amount of $5,432.00, representing reasonable attorney fees and costs incurred in the defense of this action through dismissal.

**IT IS FURTHER ORDERED** that Payment shall be made within **30 days** of entry of this Order.

**IT IS FURTHER ORDERED** that failure to pay within that period shall result in entry of a final Judgment for Attorney Fees and Costs in the amount stated above.

**IT IS SO ORDERED.**

This is a final order and closes the case.

_____

Karen J. Miedema, Circuit Court Judge

Page 14 of 22

Exhibit A0048

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

RONALD W. SAUNDERS, III

      Plaintiff,

V

VIVIAN WILLIAMS (AKA VIVIAN BOURLAND-WILLIAMS), MATTHEW SALAS, JENNIFER WEDGE, ALLEGAN COUNTY DHHS, **ALLEGAN COUNTY PROSECUTOR'S OFFICE, ALLEGAN COUNTY,**

      Defendants.

Case No. 25-70487-CZ

Honorable Matthew Antikoviak
Reassigned to Honorable Karen J. Miedema
(20th Circuit Court)

_____/

| | |
|---|---|
| Ronald W. Saunders, III<br>Plaintiff In Pro Per<br>10442 Tomkinson Drive<br>Scotts, MI 49088 | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Alexandra L. Page (P84663)<br>*Attorneys for Defendants Allegan Co. Prosecutor's Office & Allegan Co.*<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>apage@rsjalaw.com |

_____/

## **NOTICE OF INTENT PURSUANT TO MCR 2.602(B)**

PLEASE TAKE NOTICE that the attached ORDER GRANTING REQUEST FOR ATTORNEY FEES AND COSTS will be submitted to the above-named Judge for signing if no written objections are filed with the Clerk of the Court within seven (7) days.

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

/s/ Alexandra L. Page
Andrew J. Brege (P71474)
Alexandra L. Page (P84663)
*Attorneys for Defendants Allegan Co. Prosecutor's Office & Allegan Co.*
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
Dated: November 13, 2025            apage@rsjalaw.com

## PROOF OF SERVICE

The undersigned certifies that on November 13, 2025, the foregoing was served by U.S. First-Class Mail upon the following:

Ronald W. Saunders, III
10442 Tomkinson Drive
Scotts, MI 49088

NAME

Dated: November 13, 2025

2

Page 16 of 22

Exhibit A0008

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN

RONALD W. SAUNDERS, III                    Case No. 25-70487-CZ

        Plaintiff,                          Honorable Matthew Antikoviak
                                           Reassigned to Honorable Karen J. Miedema
V                                          (20th Circuit Court)

VIVIAN WILLIAMS (AKA VIVIAN BOURLAND-WILLIAMS),
MATTHEW SALAS, JENNIFER WEDGE, ALLEGAN COUNTY
DHHS, **ALLEGAN COUNTY PROSECUTOR'S OFFICE,**
**ALLEGAN COUNTY,**

        Defendants.

| | |
|---|---|
| Ronald W. Saunders, III | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C. |
| Plaintiff In Pro Per | Andrew J. Brege (P71474) |
| 10442 Tomkinson Drive | Alexandra L. Page (P84663) |
| Scotts, MI 49088 | *Attorneys for Defendants Allegan Co. Prosecutor's Office & Allegan Co.* |
| | 822 Centennial Way, Suite 270 |
| | Lansing, MI 48917 |
| | (517) 886-3800 |
| | abrege@rsjalaw.com |
| | apage@rsjalaw.com |

## ALLEGAN COUNTY DEFENDANTS' PETITION AND BILL OF COSTS FOR ATTORNEY FEES

Defendants, **ALLEGAN COUNTY, ALLEGAN COUNTY PROSECUTOR'S OFFICE**, and **ALLEGAN COUNTY ADMINISTRATOR**, through counsel, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., respectfully submit this Petition for Attorney Fees and Costs under MCR 2.625(A)(2), MCR 2.625(F), and this Court's Opinion and Order dated September 30, 2025, and state as follows:

      1.     On September 30, 2025, this Court issued an Opinion and Order granting Plaintiff's request for voluntary dismissal with prejudice, conditioned upon payment of the County Defendants' reasonable attorney fees and costs incurred in this action.

2.      The Court expressly limited the recoverable amount to fees and costs attributable solely to the defense of this state-court action, excluding any work product that may be used in the related federal litigation.

3.      Attached as Exhibit A is a true and accurate Itemized Statement of Attorney Fees and Costs, which reflects time reasonably and necessarily expended in defense of this case through dismissal.

4.      Attorney fees awarded for having to respond to a frivolous action must be reasonable pursuant to the factors set forth in *Smith v Khouri*, 481 Mich 519, 531; 751 NW2d 472 (2008), and as refined in *Pirgu v United Servs Auto Ass'n*, 499 Mich 269, 282, 884 NW2d 257 (2016).

5.      The Court should consider "the fee customarily charged in the locality for similar legal services[,]" which can include reliance on credible surveys. *Smith*, 481 Mich at 530.

6.      Once the Court establishes a reasonable rate, the next step is to determine a reasonable number of hours expended in the matter.

7.      According to the State Bar of Michigan Economics of Law Survey, most recent addition (2023),[1] the following are the billing rates at the 25th percentile, the median, and the mean based on the listed factors:

| Attorney Hourly Billing | 25% | Median | Mean |
|---|---|---|---|
| Attorneys with 3-5 years of experience | $228/hour | $275/hour | $300/hour |
| Primary Office Location – Lansing | $250/hour | $300/hour | $333/hour |
| Allegan County | $250/hour | $300/hour | $316/hour |
| Criminal Law (felony) | $250/hour | $300/hour | $316/hour |
| Civil Litigation practice, generally | $250/hour | $325/hour | $351/hour |
| Municipal Law, generally | $165/hour | $200/hour | $217/hour |

---

[1] The survey is available at: https://www.michbar.org/file/pmrc/pdfs/EoL_Report23.pdf (last visited October 28, 2025).

2

Exhibit A0098

8.      Based on the information in Paragraph 4, the mean hourly rate for legal services in the locality, Allegan County, $316/hour, is the most appropriate for the Court to consider.

9.      As set forth in the attached Affidavit of Alexandra L. Page, counsel expended 24.6 hours (7.5 hours in May, 6.1 hours in June, 2.5 hours in July, 8.5 hours in August) (Exhibit B), not inclusive of time expended preparing this petition and attached Affidavit. Undersigned anticipates approximately 3 hours for preparation of this petition and the attached Affidavit, and an additional 0.5 hours attending any hearing on this petition, assuming the same will be held via Zoom. The time expended in October (1.7 hours) has been entered into undersigned's system but not finalized for submission.

10.     These hours expended were reasonable for the reasons set forth in the attached Affidavit to review, research, prepare for, and attend the hearing.

11.     Therefore, undersigned asserts that the reasonable starting point pursuant to *Smith / Pirgu* analysis is $316/hour * 24.6 hours = $7,773.60

12.     The Court must next assess the following *Smith / Pirgu* factors:

  a.  the experience, reputation, and ability of the lawyer or lawyers performing the services,

  b.  the difficulty of the case, i.e., the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly,

  c.  the amount in question and the results obtained,

  d.  the expenses incurred,

  e.  the nature and length of the professional relationship with the client,

  f.  the likelihood, if apparent to the client, that acceptance of the particular employment will preclude other employment by the lawyer,

Page 19 of 22

g. the time limitations imposed by the client or by the circumstances, and

h. whether the fee is fixed or contingent.

*Pirgu*, 499 Mich at 281–282.

13.   For the first factor, undersigned defers to the attached Affidavit.

14.   For the second factor, undersigned does not assert that this particular matter involves particularly difficult questions of fact or law, though it must be noted that undersigned was unable to find any published case law involving a similar claim to that presented by Plaintiff.

15.   For the third factor, the results obtained weigh in favor of Defendants were not only dismissal, but also a finding of frivolousness of Plaintiff's actions.

16.   For the fourth factor, the expenses incurred are only the referenced attorney fees and the $20.00 motion fee for this petition, which it must be noted are public funds given that the nature of Plaintiff's claim was against Allegan County Defendants, including the Prosecutor's Office and County Administrator, for actions allegedly performed in their official capacities.

17.   For the fifth factor, undersigned counsel has had a professional relationship with Allegan County Defendants for at least five years. Undersigned counsel's firm has also maintained a professional relationship with Allegan County Court's underlying funding unit for more than a decade, as set forth in the Affidavit.

18.   For the sixth factor, undersigned counsel has dedicated a significant portion of her practice to Allegan County, and the defense of its officials, officers, and employees, including but not limited to certain State Officials such as the elected and appointed Judicial Officers of Allegan County.

19.   For the seventh factor, there were no specific time limitations other than the necessity of preparing for the hearing in relatively short order.

4

20.    For the final factor, the fee is hourly at $220/hour, below the mean and median for similar services as set forth in the State Bar survey.

21.    Despite several of the factors weighing in favor of Defendants, undersigned does not request an upward departure from the requested base amount of $7,773.60 ($316/hour * 24.6 hours = $7,773.60), other than a request that any award also include the motion fee of $20.00.

22.    While undersigned acknowledges that an award of attorney fees as a sanction should be used as a deterrent to frivolous actions, undersigned similarly acknowledges that the *actual* attorney fees and costs incurred in the defense of this matter are below the *reasonable* attorney fees that would be justified under the *Smith / Pirgu* analysis.

23.    As the *actual* attorney fees are below the *reasonable* attorney fees under the *Smith / Pirgu* calculation, undersigned asserts that the actual fees and costs incurred here should be considered reasonable and are all that is requested.

24.    Pursuant to the Court's Opinion and Order, Plaintiff is obligated to pay this amount as a condition of voluntary dismissal. Should Plaintiff dispute the reasonableness of the fees or elect to withdraw his request for voluntary dismissal under this condition, the County Defendants request that the Court schedule an evidentiary hearing to resolve the matter.

**THEREFORE**, Allegan County Defendants request this Honorable Court:

A.    **GRANT** this Petition, issue an award of attorney fees and costs in the amount of **$5,432.00**, representing $5,412 in attorney fees for 24.6 hours at $220/hour, and a $20.00 motion fee;

B.    **DIRECT** Plaintiff to pay said amount to the County Defendants within 30 days of entry of the Order; and

C.    **GRANT** such other relief as the Court deems just and appropriate.

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

/s/ Alexandra L. Page
Andrew J. Brege (P71474)
Alexandra L. Page (P84663)
*Attorneys for Defendants Allegan Co. Prosecutor's Office & Allegan Co.*
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
apage@rsjalaw.com

Dated: November 13, 2025

## **PROOF OF SERVICE**

The undersigned certifies that on November 13, 2025, the foregoing was served by U.S. First-Class Mail upon the following:

Ronald W. Saunders, III
10442 Tomkinson Drive
Scotts, MI 49088

NAME

Dated: November 13, 2025