UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FILED - KZ
February 5, 2026 2:34 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by My 2/5/26

Plaintiff,

Ronald Warren Saunders III,

      represented by **Ronald Warren Saunders, III**

      10442 Tomkinson Dr.

      Scotts, MI 49088

      PRO SE

v.

      Civil Action No. 1:25-cv-00544-HYJ-PJG

      Chief U.S. District Judge Honorable Hala Y. Jarbou

      U.S. Magistrate Judge Hon. Phillip J. Green

County of Allegan et. al,

Defendants.

**NOTICE OF APPEAL**

1. NOTICE IS HEREBY GIVEN that Plaintiff, Ronald Warren Saunders III, proceeding pro se, hereby appeals to the United States Court of Appeals for the Sixth Circuit from:

   a. The Order of Dismissal entered by this Court on November 19, 2025; and

   b. The Order entered on January 6, 2026, denying Plaintiff's post-judgment motions under Federal Rules of Civil Procedure 59(e) and 60(b).

2. The Court's Order was entered on January 6, 2026.

3. Plaintiff received notice of the Order by U.S. Mail, which was sent on January 7, 2026, and did not receive electronic notice.

4. Plaintiff acted promptly upon actual notice to preserve appellate rights and to prepare a revised Rule 60(b) motion.

5. This Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).


Respectfully submitted,

*/s/*

Ronald Warren Saunders III
Pro Se Plaintiff
10442 Tomkinson Drive
Scotts, MI 49088
(269) 394-0951
RonSaundersIII@gmail.com
Date: February 5, 2026

# CERTIFICATE OF SERVICE

(Hand Service – Court Only)

I certify that on February 5, 2026, I personally hand-delivered a true and correct copy of the following documents:

- Notice of Appeal; and
- Notice of Intent to File Rule 60(b) Motion and Request for Indicative Ruling (Fed. R. Civ. P. 62.1)

to the following:

Clerk of the Court

United States District Court

Western District of Michigan

Southern Division

Kalamazoo Federal Courthouse

410 W. Michigan Avenue

Kalamazoo, MI 49007

I declare under penalty of perjury that the foregoing is true and correct.

Ronald Warren Saunders III

Plaintiff, Pro Se

Date: February 5, 2026