UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FILED - KZ
February 5, 2026 2:34 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by /s/ 2/5/26

Plaintiff,

**Ronald Warren Saunders III**,

represented by **Ronald Warren Saunders, III**
10442 Tomkinson Dr.
Scotts, MI 49088
PRO SE

v.

Civil Action No. 1:25-cv-00544-HYJ-PJG
Chief U.S. District Judge Honorable Hala Y. Jarbou
U.S. Magistrate Judge Hon. Phillip J. Green

County of Allegan et. al,
Defendants.

**NOTICE OF INTENT TO FILE RULE 60(b) MOTION**
and
**REQUEST FOR INDICATIVE RULING**
(PURSUANT TO FED. R. CIV. P. 62.1)

Plaintiff Ronald Warren Saunders III, proceeding pro se, hereby provides notice as follows:

1. Plaintiff has filed a Notice of Appeal solely to preserve appellate jurisdiction under Federal Rule of Appellate Procedure 4(a).

2. Plaintiff intends to file, within the next business day, a renewed Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(2), (3), (4), and (6), supported by newly obtained evidence and a revised proposed complaint curing the procedural deficiencies identified by the Court.

3. The forthcoming Rule 60(b) motion will present evidence and constitutional issues that were not reasonably available prior to the Court's November 19, 2025, dismissal and January 6, 2026, order.

4. Pursuant to Federal Rule of Civil Procedure 62.1, Plaintiff respectfully requests that, upon filing of the Rule 60(b) motion, the Court:

    a. Defer consideration;

    b. Deny the motion; or

    c. State that it would grant the motion or that the motion raises a substantial issue.

5. If the Court indicates it would grant relief or that the motion raises a substantial issue, Plaintiff intends to promptly seek a limited remand from the United States Court of Appeals for the Sixth Circuit.

6. This notice is filed for docket clarity and to preserve orderly procedure. Plaintiff does not seek merits adjudication through this notice.

Respectfully submitted,

*/s/ Ronald Saunders*

10442 Tomkinson Dr
Scotts MI 49088
269-394-0951  RonSaunersiii@gmail.com